Audra M Mori, Bar No. 162850
Amori@perkinscoie.com
Katherine M. Dugdale, Bar No. 168014
Kdugdale@perkinscoie.com
PERKINS COIE LLP
1888 Century Park East, Suite 1700
Los Angeles, CA  90067
Telephone:  310.788.9900
Facsimile:   310.788.3399

Attorneys for Plaintiff
MICROSOFT CORPORATION

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation<br><br>Plaintiff,<br><br>v.<br><br>M. MEDIA, a business entity of unknown form d/b/a METRO MEDIA, METRO MEDIA USA, and/or QUINMART and/or f/k/a LA METRO MEDIA INC.; SHENG TI LEUNG, an individual; and DOES 1-5,<br><br>Defendants. | Case No. 2:17-cv-00347<br><br>COMPLAINT FOR:<br><br>(1) COPYRIGHT INFRINGEMENT;<br>(2) FEDERAL TRADEMARK INFRINGEMENT;<br>(3) FALSE DESIGNATION OF ORIGIN, FALSE DESCRIPTION AND FALSE REPRESENTATION;<br>(4)  VIOLATION OF THE ANTI-COUNTERFEITING AMENDMENTS ACT OF 2004;<br>(5) COMMON LAW UNFAIR COMPETITION;<br>(6) IMPOSITION OF A CONSTRUCTIVE TRUST; AND<br>(7) AN ACCOUNTING |

Microsoft Corporation ("Microsoft") brings this action against Defendant M. Media, a business entity of unknown form, which does business as Metro Media, Metro Media USA, and/or QuinMart, and which appears to have formerly been known as LA Metro Media Inc.; Sheng Ti Leung, an individual; and Does 1-5 (collectively "Defendants"), alleging that they engaged in copyright and trademark infringement; false designation of origin, false description and representation; and

unfair competition.  Microsoft seeks damages, an accounting, the imposition of a constructive trust upon Defendants' illegal profits, and injunctive relief.

## THE PARTIES

1.      Microsoft is a Washington corporation with its principal place of business located in Redmond, Washington.  Microsoft develops, markets, distributes and licenses computer software.

2.      Upon information and belief, defendant M. Media is a business entity of unknown form that does business as Metro Media, Metro Media USA, and/or QuinMart, and which appears to have formerly been known as LA Metro Media Inc. ("M. Media").  M. Media does business on the Internet and in Walnut, California.  M. Media is engaged in the business of advertising, marketing, copying, offering, and/or distributing software, including purported Microsoft software.

3.      Upon information and belief, Sheng Ti Leung owns, operates, and/or otherwise controls the actions of M. Media.  Upon information and belief, Sheng Ti Leung transacts substantial business in this district.  Upon information and belief, Sheng Ti Leung (a) personally participated in and/or (b) had the right and ability to supervise, direct and control the wrongful conduct alleged in this Complaint, and (c) derived direct financial benefit from that wrongful conduct.  Upon information and belief, Sheng Ti Leung also (a) has an apparent partnership or authority to bind M. Media in transactions, or (b) exercised joint ownership or control over the infringing items alleged in this Complaint.

4.      Upon information and belief, Does 1 through 5 (a) personally participated in and/or (b) had the right and ability to supervise, direct and control the wrongful conduct alleged in this Complaint, and (c) derived direct financial benefit from that wrongful conduct.  Upon information and belief, Does 1 through 5 (a) have an apparent partnership or authority to bind M. Media in transactions, or (b) exercised joint ownership or control over the infringing items alleged in this

1  Complaint.  Upon information and belief, Does 1 through 5 are individuals or

2  entities that transact substantial business in this district.

3       5.     Upon information and belief, each of the defendants was, at all times

4  mentioned in this Complaint, acting as the agent, employee, or alter ego of every

5  other defendant, and in doing the things mentioned herein, was acting within the

6  course and scope of such agency, employment, or other relationship and with

7  knowledge and consent of each of the other defendants.

8  **JURISDICTION**

9       6.     This Court has subject matter jurisdiction over Microsoft's claims for

10  trademark infringement, copyright infringement, and related claims pursuant to 15

11  U.S.C. § 1121, 17 U.S.C. § 501, and 28 U.S.C. §§ 1331 and 1338(a).

12       7.     This Court has supplemental jurisdiction over Microsoft's claims

13  arising under the laws of California pursuant to 28 U.S.C. § 1367(a) because these

14  claims are so related to Microsoft's claims under federal law that they form part of

15  the same case or controversy and derive from a common nucleus of operative fact.

16  **VENUE**

17       8.     Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b) and §

18  1400(a) because (a) Defendants reside in the Central District of California, and/or

19  (b) a substantial part of the events giving rise to Microsoft's claims occurred in the

20  Central District of California.

21  **FACTS COMMON TO ALL CLAIMS**

22       9.     Microsoft develops, advertises, markets, distributes, and/or licenses a

23  number of computer software programs and associated proprietary packaging and

24  materials such as user's guides, user's manuals, end user license agreements,

25  Certificates of Authenticity, product keys and other software components.

26       10.    Microsoft Certificate of Authenticity labels are currency-like

27  certificates or labeling components that are distributed with Microsoft software in

28  order to help end-users verify whether they have genuine Microsoft software.

11.     Windows 7 Professional:  One of the software programs that Microsoft has developed, advertises, markets, distributes, and licenses is a software package known as Microsoft Windows 7 ("Windows 7").  Windows 7 is an operating system for desktop and laptop systems.  Microsoft holds a valid copyright in Windows 7 (including text, editing, artwork, computer program, and audio) that was duly and properly registered with the United States Copyright Office.  A true and correct copy of the Registration Certificate for Microsoft Windows 7, bearing the number TX 7-009-361, is attached hereto as Exhibit 1 and is incorporated by reference.

12.     Microsoft Office 2016:  Microsoft Office 2016 ("Office 2016") is a suite of popular Microsoft software programs.  Microsoft holds a valid copyright in Office 2016 that was duly and properly registered with the United States Copyright Office.  A true and correct copy of the Registration Certificate for Microsoft Office 2016, bearing the number TX 8-097-602, is attached hereto as Exhibit 2 and is incorporated by reference.  The Professional Plus version of Office 2016 includes the following popular Microsoft software programs:

A.     Access:  Microsoft Access is a program that allows users to create and manipulate databases and store data.  A true and correct copy of the Copyright Registration Certificate for Access 2013 program, bearing the number TX 7-751-913, is attached hereto as Exhibit 3 and is incorporated by reference.

B.     Excel 2016:  Microsoft Excel 2016 is a program that allows users to create spreadsheets, perform calculations, and store numerical data.  A true and correct copy of the Registration Certificate for this program, bearing the number TX 8-196-824, is attached hereto as Exhibit 4 and is incorporated by reference.

C.     OneNote 2016:  Microsoft OneNote 2016 is a program that allows users to organize text, audio, video and notes in one spot.  A true and

correct copy of the Registration Certificate for this program, bearing the number TX 8-215-881, is attached hereto as Exhibit 5 and is incorporated by reference.

D.      Outlook 2016:  Microsoft Office Outlook 2016 is a program that allows users and networked teams to create and manage calendars and contacts.  A true and correct copy of the Registration Certificate for this program, bearing the number TX 8-196-820, is attached hereto as Exhibit 6 and is incorporated by reference.

E.      PowerPoint 2016:  Microsoft PowerPoint 2016 is a program that allows users to create, organize, and present overhead and slide presentations.  A true and correct copy of the Registration Certificate for this program, bearing the number TX 8-196-814, is attached hereto as Exhibit 7 and is incorporated by reference.

F.      Publisher:  Microsoft Publisher is a program that allows users to create, customize, and publish materials such as newsletters.  A true and correct copy of the Copyright Registration Certificate for Publisher 2013, bearing the number TX 7-674-731, is attached hereto as Exhibit 8 and is incorporated by reference.

G.      Skype for Business 2016:  Microsoft Skype for Business 2016 is a program that allows users to connect, for example, through messaging, voice, or video calls.  A true and correct copy of the Registration Certificate for this program, bearing the number TX 8-216-552, is attached hereto as Exhibit 9 and is incorporated by reference.

H.      Word 2016:  Microsoft Word 2016 is a program that allows users to create and edit documents.  A true and correct copy of the Registration Certificate for this program, bearing the number TX 8-196-837, is attached hereto as Exhibit 10 and is incorporated by reference.

13.     Microsoft has also duly and properly registered a number of trademarks and a service mark in the United States Patent and Trademark Office on the Principal Register, including, but not limited to:

A.     "MICROSOFT," Trademark and Service Mark Registration No. 1,200,236;

B.     "WINDOWS," Trademark Registration No. 1,872,264;

C.     COLORED FLAG DESIGN, Trademark Registration No. 2,744,843;

D.     COLORED FLAG START BUTTON, Trademark Registration No. 3,361,017;

E.     "MICROSOFT OFFICE," Trademark Registration No. 3,625,391;

F.     OFFICE 2012 DESIGN WITH TEXT, Trademark Registration No. 4,456,462;

G.     OFFICE 2012 DESIGN, Trademark Registration No.4,459,826;

H.     "ACCESS," Trademark Registration No. 3,238,869;

I.     ACCESS LAUNCH ICON, Trademark Registration No. 4,365,955;

J.     "EXCEL," Trademark Registration No. 2,942,050;

K.     EXCEL LAUNCH ICON, Trademark Registration No. 4,355,451;

L.     "ONENOTE," Trademark Registration No. 2,844,710;

M.     ONENOTE LAUNCH ICON, Trademark Registration No. 4,351,584;

N.     "OUTLOOK," Trademark Registration No. 2,188,125;

O.     OUTLOOK LAUNCH ICON, Trademark Registration No. 4,355,446;

P.     "POWERPOINT," Trademark Registration No. 1,475,795;

Q.     POWERPOINT LAUNCH ICON, Trademark Registration No. 4,385,388;

R.     PUBLISHER LAUNCH ICON, Trademark Registration No. 4,355,448; and

S.     WORD LAUNCH ICON, Trademark Registration No. 4,355,444;

True and correct copies of the Trademark Registrations for A through S above are attached hereto as Exhibits 11 through 29, respectively, and are incorporated by reference.

**Defendants' Infringement**

14.     Defendants advertised, marketed, copied, offered, and/or distributed unauthorized copies of Microsoft software and/or related components after Microsoft notified them of the consequences of infringing Microsoft's copyrights, trademarks and/or service mark.

15.     On information and belief, Defendants advertise, market, copy, offer, and/or distribute purported Microsoft software and related components.  In their website advertisements, Defendants use copies of Microsoft's trademarks and copyrighted works without authorization, misappropriating and/or infringing Microsoft's copyrights, advertising ideas, style of doing business, slogans, trademarks and/or service mark.  Defendants indicate that they are distributing genuine Microsoft items.  However, the Microsoft software and/or related components distributed by Defendants are actually counterfeit and infringing.

16.     Microsoft is informed and believes that by means including but not limited to a letter dated July 2, 2010, Defendants were warned about distributing counterfeit copies of Microsoft software.  Microsoft is informed and believes that in 2015 and 2016, customers also notified Defendants that the purported Microsoft software and/or components that Defendants were distributing were suspicious.

17.     Nevertheless, in August 2016, Defendants distributed to an investigator via Internet download an unauthorized copy of Microsoft Office 2016.

18.     In September 2016, Defendants also distributed to an investigator a purported Windows 7 Certificate of Authenticity Label, which was analyzed and determined to be counterfeit.  It was also reported to Microsoft that Defendants distributed other counterfeit components of Windows 7 software in 2016.

19.     On information and belief, these are not isolated incidents; rather, Defendants advertise, market, copy, offer, and/or distribute unauthorized copies of a variety of Microsoft software and/or related components.

20.     On information and belief, Defendants have been and continue to be involved in advertising, marketing, copying, offering, and/or distributing counterfeit and infringing copies of Microsoft's software and/or related components to unidentified persons or entities.

21.     On information and belief, Defendants have committed and are continuing to commit acts of copyright and trademark infringement against Microsoft.  On information and belief, at a minimum, Defendants were willfully blind and acted in reckless disregard of Microsoft's registered copyrights, trademarks and service marks.

22.     On information and belief, Microsoft has been harmed by Defendants' activities, including their advertising activities and unauthorized use of Microsoft's copyright protected material, and the unauthorized use of Microsoft's marks to describe the items that Defendants are distributing.

## First Claim
### [Copyright Infringement – 17 U.S.C. § 501, et seq.]
### Against Defendants

23.     Microsoft repeats and incorporates by this reference each and every allegation set forth in paragraphs 1 through 22, inclusive.

24.     Microsoft is the sole owner of numerous copyrights, including but not limited to Microsoft Windows 7, Office 2016, Access 2013, Excel 2016, OneNote 2016, Outlook 2016, PowerPoint 2016, Publisher 2013, Skype for Business 2016, and Word 2016 and is the sole owner of the corresponding copyrights and Certificates of Registration.

25.     Defendants have infringed the copyrights in Microsoft's software and/or related components, including but not limited to Microsoft Windows 7, Office 2016, Access 2013, Excel 2016, OneNote 2016, Outlook 2016, PowerPoint 2016, Publisher 2013, Skype for Business 2016, and Word 2016, by advertising, marketing, copying, offering, and/or distributing infringing materials in the United States of America without approval or authorization from Microsoft.

26.     At a minimum, Defendants acted with willful blindness to and in reckless disregard of Microsoft's registered copyrights.

27.     As a result of their wrongful conduct, Defendants are liable to Microsoft for direct, contributory and/or vicarious copyright infringement.  17 U.S.C. § 501.  Microsoft has suffered damages.  Microsoft is entitled to recover damages, which include any and all profits Defendants have made as a result of their wrongful conduct.  17 U.S.C. § 504.  Alternatively, Microsoft is entitled to statutory damages under 17 U.S.C. § 504(c).

28.     In addition, for the reasons set forth above, the award of statutory damages should be enhanced in accordance with 17 U.S.C. § 504(c)(2).

29.     Microsoft is also entitled to injunctive relief pursuant to 17 U.S.C. § 502 and to an order impounding any and all infringing materials pursuant to 17

U.S.C. § 503.  Microsoft has no adequate remedy at law for Defendants' wrongful conduct because, among other things, (a) Microsoft's copyrights are unique and valuable property which have no readily determinable market value, (b) Defendants' infringement harms Microsoft such that Microsoft could not be made whole by any monetary award, and (c) Defendants' wrongful conduct, and the resulting damage to Microsoft, is continuing.

30.     Microsoft is also entitled to recover its attorneys' fees and costs of suit. 17 U.S.C. § 505.

### Second Claim
### [Trademark Infringement – 15 U.S.C. § 1114]
### Against Defendants

31.     Microsoft repeats and incorporates by this reference each and every allegation set forth in paragraphs 1 through 30, inclusive.

32.     Defendants' activities constitute infringement of Microsoft's federally registered trademarks and service mark in violation of the Lanham Trademark Act, including but not limited to 15 U.S.C. § 1114(1).

33.     Because Microsoft advertises, markets, distributes, and licenses its software and/or related components under the trademarks and service mark described in this Complaint, these trademarks and service mark are the means by which Microsoft's software and/or related components are distinguished from the software and related items of others in the same or related fields.

34.     Because of Microsoft's long, continuous, and exclusive use of these trademarks and service mark, they have come to mean, and are understood by customers, end users, and the public to signify, software and/or related components or services of Microsoft.

35.     The infringing materials that Defendants have and are continuing to advertise, market, copy, offer, and/or distribute are likely to cause confusion, mistake, or deception as to their source, origin, or authenticity.

36.     Further, Defendants' activities are likely to lead the public to conclude, incorrectly, that the infringing materials that Defendants are advertising, marketing, copying, offering, and/or distributing originate with or are authorized by Microsoft, to the damage and harm of Microsoft, its licensees, and the public.

37.     Upon information and belief, Defendants advertised, marketed, copied, offered and/or distributed infringing material with the purposes of misleading or confusing customers and the public as to the origin and authenticity of the infringing materials and of trading upon Microsoft's business reputation.

38.     Defendants had reason to know about infringement of Microsoft's federally registered trademarks and service mark and caused, induced, or materially contributed to it.

39.     At a minimum, Defendants acted with willful blindness to and in reckless disregard of Microsoft's registered marks.

40.     As a result of their wrongful conduct, Defendants are liable to Microsoft for direct, contributory and/or vicarious trademark infringement.  15 U.S.C. § 1114(1).  Microsoft has suffered damages.  Microsoft is entitled to recover damages, which include any and all profits Defendants have made as a result of their wrongful conduct.  15 U.S.C. § 1117(a).

41.     In addition, because of Defendants' infringement of Microsoft's trademarks and service mark as described above, the award of actual damages and profits should be trebled pursuant to 15 U.S.C. §1117(b).  Alternatively, Microsoft is entitled to statutory damages under 15 U.S.C. § 1117(c).

42.     Microsoft is also entitled to injunctive relief pursuant to 15 U.S.C. § 1116(a) and to an order compelling the impounding of all infringing materials advertised, marketed, copied, offered and/or distributed by Defendants pursuant to 15 U.S.C. § 1116, subsections (a) and (d)(1)(A).  Microsoft has no adequate remedy at law for Defendants' wrongful conduct because, among other things, (a) Microsoft's trademarks and service mark are unique and valuable property which

have no readily determinable market value, (b) Defendants' infringement constitutes harm to Microsoft's such that Microsoft could not be made whole by any monetary award, (c) if Defendants' wrongful conduct is allowed to continue, the public is likely to become further confused, mistaken, or deceived as to the source, origin or authenticity of the infringing materials, and (d) Defendants' wrongful conduct, and the resulting damage to Microsoft, is continuing.

43.     Microsoft is also entitled to recover its attorneys' fees and costs of suit. 15 U.S.C. § 1117.

### Third Claim
**[False Designation Of Origin, False Description And Representation –
15 U.S.C. § 1125 et seq.]**
**Against Defendants**

44.     Microsoft repeats and incorporates by this reference each and every allegation set forth in paragraphs 1 through 43, inclusive.

45.     Because Microsoft advertises, markets, distributes, and licenses its software and/or related components under the trademarks and service mark described in this Complaint, these trademarks and service mark are the means by which Microsoft's software and/or related components are distinguished from the software or components of others in the same field or related fields.

46.     Because of Microsoft's long, continuous, and exclusive use of these trademarks and service mark, they have come to mean, and are understood by customers, end users, and the public to signify, software and/or related components or services of Microsoft.

47.     Microsoft has also designed distinctive and aesthetically pleasing displays, logos, icons, graphic images, and packaging (collectively, "Microsoft visual designs") for its software programs and/or related components.

48.     Defendants' wrongful conduct includes the use of Microsoft's marks, name, and/or imitation visual designs, specifically displays, logos, icons, graphic

1  designs, and/or packaging virtually indistinguishable from Microsoft visual designs,

2  in connection with their goods and services.

3      49.    Upon information and belief, Defendants engaged in such wrongful

4  conduct with the purpose of misleading or confusing customers and the public as to

5  the origin and authenticity of the goods and services advertised, marketed, copied,

6  offered and/or distributed in connection with Microsoft's marks, name, and

7  imitation visual designs, and of trading upon Microsoft's goodwill and business

8  reputation.  Defendants' conduct constitutes (a) false designation of origin, (b) false

9  or misleading description, and (c) false or misleading representation that the

10  imitation visual images originate from or are authorized by Microsoft, all in

11  violation of § 43(a) of the Lanham Trademark Act, set forth at 15 U.S.C. § 1125(a).

12      50.    Defendants' wrongful conduct is likely to continue unless restrained

13  and enjoined.

14      51.    As a result of Defendants' wrongful conduct, Microsoft has suffered

15  and will continue to suffer damages.  Microsoft is entitled to injunctive relief and to

16  an order compelling the impounding of all imitation marks and visual designs being

17  used, advertised, marketed, copied, offered and/or distributed by Defendants.

18  Microsoft has no adequate remedy at law for Defendants' wrongful conduct

19  because, among other things, (a) Microsoft's marks, name and visual designs are

20  unique and valuable property which have no readily-determinable market value, (b)

21  Defendants' advertising, marketing, copying, and/or distribution of imitation visual

22  designs constitutes harm to Microsoft such that Microsoft could not be made whole

23  by any monetary award, and (c) Defendants' wrongful conduct, and the resulting

24  damage to Microsoft, are continuing.

25

26

27

28

1
2
3

**Fourth Claim**
**[Violation of the Anti-Counterfeiting Amendments Act of 2004 –**
**18 U.S.C. § 2318, et seq.]**
**Against Defendants**

4      52.    Microsoft repeats and incorporates by this reference each and every

5    allegation set forth in paragraphs 1 through 51, inclusive.

6      53.    Defendants knowingly trafficked, and on information and belief,

7    continue to traffic in counterfeit and/or illicit labels, in violation of 18 U.S.C. §

8    2318.

9      54.    Defendants, without Microsoft's authorization, distributed or intended

10   for distribution counterfeit Certificates of Authenticity labels and/or Certificates of

11   Authenticity labels without the copies of the software programs that such

12   certificates or labeling components were intended by Microsoft to accompany.

13     55.    Microsoft has no adequate remedy at law for Defendant's wrongful

14   conduct, and Defendants' wrongful conduct is likely to continue unless restrained

15   and enjoined.

16     56.    Microsoft is entitled to injunctive relief and to an order impounding all

17   articles in the custody or control of Defendants that the Court has reasonable cause

18   to believe were or are involved in the trafficking of counterfeit or illicit Certificate

19   of Authenticity labels.

20     57.    As a result of Defendants' wrongful conduct, Microsoft has suffered

21   and will continue to suffer damages.

22     58.    In addition, Microsoft should as the injured party be awarded

23   attorneys' fees and costs.

**Fifth Claim**
**[California Common Law Unfair Competition]**
**Against Defendants**

24
25
26
27

     59.    Microsoft repeats and incorporates by this reference each and every

     allegation set forth in paragraphs 1 through 58, inclusive.

28

60.     The acts and conduct of Defendants as alleged above in this Complaint constitute unfair competition pursuant to the common law of the State of California.

61.     The acts and conduct of Defendants are likely to cause confusion and mistake among customers, end users and the public as to the origin or association of Defendants' infringing Microsoft software and/or related components.  These acts and conduct are likely to lead the public to conclude, incorrectly, that the infringing Microsoft software and/or related components copied, distributed, solicited for distribution, offered, advertised and marketed by Defendants originate with, are sponsored by, or are authorized by Microsoft, to the damage and harm of Microsoft, its licensees and the public.

62.     Defendants' conduct as alleged above has damaged Microsoft and resulted in an illicit gain of profit to Defendants in an amount that is unknown at the present time.

### Sixth Claim
### [For Imposition Of A Constructive Trust Upon Illegal Profits] Against Defendants

63.     Microsoft repeats and incorporates by this reference each and every allegation set forth in paragraphs 1 through 62, inclusive.

64.     Defendants' conduct constitutes deceptive and wrongful conduct in the nature of passing off the infringing materials as genuine Microsoft software and/or related components approved or authorized by Microsoft.

65.     By virtue of Defendants' wrongful conduct, Defendants have illegally received money and profits that rightfully belong to Microsoft.

66.     Upon information and belief, Defendants hold the illegally received money and profits in the form of bank accounts, real property, or personal property that can be located and traced.

67.     Defendants hold the money and profits they have illegally received as constructive trustees for the benefit of Microsoft.

### Seventh Claim
### [Accounting]
### Against Defendants

68.    Microsoft repeats and incorporates by this reference each and every allegation set forth in paragraphs 1 through 67, inclusive.

69.    Microsoft is entitled, pursuant to 17 U.S.C. § 504, 15 U.S.C. § 1117, and 18 U.S.C. § 2318, to recover any and all profits of Defendants that are attributable to their acts of infringement.

70.    Microsoft is entitled, pursuant to 17 U.S.C. § 504, 15 U.S.C. § 1117, and 18 U.S.C. § 2318, to actual damages or statutory damages sustained by virtue of Defendants' acts of infringement.

71.    The amount of money due from Defendants to Microsoft is unknown to Microsoft and cannot be ascertained without a detailed accounting by Defendants of the precise number of units of infringing material advertised, marketed, copied, offered and/or distributed by Defendants.

### PRAYER FOR RELIEF

WHEREFORE, Microsoft respectfully requests judgment as follows:

(1)    That the Court enter a judgment against Defendants as indicated below:

(a)    that Defendants have willfully infringed Microsoft's rights in its federally registered copyrights, in violation of 17 U.S.C. § 501, including but not limited to the following:

(1)    TX 7-009-361 ("Windows 7");

(2)    TX 8-097-602 ("Office 2016");

(3)    TX 7-751-913 ("Access 2013");

(4)    TX 8-196-824 ("Excel 2016");

(5)    TX 8-215-881  ("OneNote 2016");

(6)    TX 8-196-820 ("Outlook 2016");

1        (7)  TX 8-196-814 ("PowerPoint 2016");

2        (8)  TX 7-674-731 ("Publisher 2013");

3        (9)  TX 8-216-552 ("Skype for Business 2016"); and

4        (10) TX 8-196-837 ("Word 2016");

5     (b)  that Defendants have willfully infringed Microsoft's rights in its

6 federally registered trademarks and service mark, in violation of 15 U.S.C. § 1114,

7 including but not limited to the following:

8        (1)  1,200,236 ("MICROSOFT");

9        (2)  1,872,264 ("WINDOWS");

10       (3)  2,744,843 (COLORED FLAG DESIGN);

11       (4)  3,361,017  (COLORED FLAG START BUTTON);

12       (5)  3,625,391 ("MICROSOFT OFFICE");

13       (6)  4,456,462 (OFFICE 2012 DESIGN WITH TEXT);

14       (7)  4,459,826 (OFFICE 2012 DESIGN);

15       (8)  3,238,869 ("ACCESS");

16       (9)  4,365,955 (ACCESS LAUNCH ICON);

17       (10) 2,942,050 ("EXCEL");

18       (11) 4,355,451  (EXCEL LAUNCH ICON);

19       (12) 2,844,710 ("ONENOTE");

20       (13) 4,351,584 (ONENOTE LAUNCH ICON);

21       (14) 2,188,125 ("OUTLOOK");

22       (15) 4,355,446 (OUTLOOK LAUNCH ICON);

23       (16) 1,475,795 ("POWERPOINT");

24       (17) 4,385,388 (POWERPOINT LAUNCH  ICON);

25       (18) 4,355,448 (PUBLISHER LAUNCH ICON); and

26       (19) 4,355,444 (WORD LAUNCH ICON);

27

28

1           (c)     that Defendants have committed and are committing acts of

2    false designation of origin, false or misleading description of fact, and false or

3    misleading representation against Microsoft, in violation of 15 U.S.C. § 1125(a);

4           (d)     that Defendants have knowingly trafficked in counterfeit and/or

5    illicit Certificate of Authenticity Labels in violation of 18 U.S.C. § 2318 et seq.;

6           (e)     that Defendants have engaged in unfair competition in violation

7    of California common law;

8           (f)     that Defendants have otherwise injured the business reputation

9    and business of Microsoft by the acts and conduct set forth in this Complaint.

10        (2)     That the Court issue injunctive relief against Defendants, and that

11   Defendants, their officers, agents, servants, employees, and all others in active

12   concert or participation with Defendants, be enjoined and restrained from:

13          (a)     imitating, copying, or making any other infringing use or

14   infringing distribution of the software programs, components, end user license

15   agreements ("EULA"), Certificates of Authenticity ("COAs") and/or items

16   protected by the following copyright Certificate Registration Nos.:

17                  (1)     TX 7-009-361 ("Windows 7");

18                  (2)     TX 8-097-602 ("Office 2016");

19                  (3)     TX 7-751-913 ("Access 2013");

20                  (4)     TX 8-196-824 ("Excel 2016");

21                  (5)     TX 8-215-881  ("OneNote 2016");

22                  (6)     TX 8-196-820 ("Outlook 2016");

23                  (7)     TX 8-196-814 ("PowerPoint 2016");

24                  (8)     TX 7-674-731 ("Publisher 2013");

25                  (9)     TX 8-216-552 ("Skype for Business 2016"); and

26                 (10)     TX 8-196-837 ("Word 2016");

27

28

or the software programs, components and/or items protected by Microsoft's registered trademarks and service mark, including, but not limited to, the following Trademark Registration Nos.:

     (1)    1,200,236 ("MICROSOFT");

     (2)    1,872,264 ("WINDOWS");

     (3)    2,744,843 (COLORED FLAG DESIGN);

     (4)    3,361,017  (COLORED FLAG START BUTTON);

     (5)    3,625,391 ("MICROSOFT OFFICE");

     (6)    4,456,462 (OFFICE 2012 DESIGN WITH TEXT);

     (7)    4,459,826 (OFFICE 2012 DESIGN);

     (8)    3,238,869 ("ACCESS");

     (9)    4,365,955 (ACCESS LAUNCH ICON);

     (10)    2,942,050 ("EXCEL");

     (11)    4,355,451  (EXCEL LAUNCH ICON);

     (12)    2,844,710 ("ONENOTE");

     (13)    4,351,584 (ONENOTE LAUNCH ICON);

     (14)    2,188,125 ("OUTLOOK");

     (15)    4,355,446 (OUTLOOK LAUNCH ICON);

     (16)    1,475,795 ("POWERPOINT");

     (17)    4,385,388 (POWERPOINT LAUNCH  ICON);

     (18)    4,355,448 (PUBLISHER LAUNCH ICON);

     (19)    4,355,444 (WORD LAUNCH ICON); and

and any other items or works now or hereafter protected by any Microsoft trademark or copyright;

     (b)    manufacturing, assembling, producing, distributing, offering for distribution, circulating, selling, offering for sale, advertising, importing, promoting, or displaying any software program, component, EULA, COA and/or item bearing any simulation, reproduction, counterfeit, copy, or colorable imitation

of any of Microsoft's registered trademarks, service mark, or copyrights, including, but not limited to, the Trademark, Service Mark, and Copyright Registration Numbers listed in Sections (2)(a) above;

(c) using any simulation, reproduction, counterfeit, copy, or colorable imitation of Microsoft's registered trademarks, service mark, or copyright including, but not limited to the Trademark, Service Mark, and Copyright Registration Numbers listed in Section (2)(a) above, in connection with the manufacture, assembly, production, distribution, offering for distribution, circulation, sale, offering for sale, import, advertisement, promotion, or display of any software program, component, EULA, COA, and/or item not authorized or licensed by Microsoft;

(d) using any false designation of origin or false or misleading description or false or misleading representation that can or is likely to lead the trade or public or individuals erroneously to believe that any software program, component, and/or item has been manufactured, assembled, produced, distributed, offered for distribution, circulation, sold, offered for sale, imported, advertised, promoted, displayed, licensed, sponsored, approved, or authorized by or for Microsoft, when such is not true in fact;

(e) engaging in any other activity constituting an infringement of any of Microsoft's trademarks, service mark and/or copyrights, or of Microsoft's rights in, or right to use or to exploit, these trademarks, service mark, and/or copyrights, including the distribution of any unauthorized product keys or others components which would facilitate (a) through (d) above;

(f) trafficking in counterfeit or illicit labels, as defined by 18 U.S.C. § 2318; and

(g) assisting, aiding, or abetting any other person or business entity in engaging in or performing any of the activities referred to in subparagraphs (a) through (e) above.

1    (3)    That the Court enter an order pursuant to 15 U.S.C. §

2    1116(a)(d)(1)(A), 17 U.S.C. § 503, and 18 U.S.C.§ 2318, impounding all

3    counterfeit and infringing copies of purported Microsoft software and/or component

4    materials bearing any of Microsoft's trademarks or service mark, and any related

5    items, including business records, that are in Defendants' possession or under their

6    control;

7    (4)    That the Court enter an order that Defendants' websites and/or the

8    corresponding domain names, or any subset of them specified by Microsoft,

9    including but not limited to mmedia.us, be disabled by the appropriate domain

10   name registries and/or the registrars holding or listing the domain names of the

11   websites.

12   (5)    That the Court enter an order declaring that Defendants hold in trust,

13   as constructive trustees for the benefit of Microsoft, their illegal profits obtained

14   from the distribution of counterfeit and infringing copies of Microsoft's software

15   and/or related components, and requiring Defendants to provide Microsoft a full

16   and complete accounting of all amounts due and owing to Microsoft as a result of

17   Defendants' illegal activities.

18   (6)    That the Court order Defendants to pay Microsoft's general, special,

19   actual, and statutory damages as follows:

20       (a)    Microsoft's damages and Defendants' profits pursuant to 17

21   U.S.C. § 504(b), or alternatively, enhanced statutory damages pursuant to 17 U.S.C.

22   § 504(c), and 17 U.S.C. § 504(c)(2);

23       (b)    Microsoft's damages and Defendants' profits pursuant to 15

24   U.S.C. § 1117(a), trebled pursuant to 15 U.S.C. § 1117(b), or in the alternative,

25   statutory damages pursuant to 15 U.S.C. §1117(c) for each counterfeit mark; and

26       (c)    Microsoft's damages and Defendants' profits, pursuant to 18

27   U.S.C. § 2318(f)(3), for Defendants' knowing trafficking in counterfeit and/or illicit

28

1   Certificate of Authenticity Labels, or in the alternative, statutory damages, pursuant

2   to 18 U.S.C. § 2318(f)(4);

3          (d)    Microsoft's damages and Defendants' profits pursuant to

4   California common law;

5      (7)    That the Court order Defendants to pay to Microsoft both the costs of

6   this action and the reasonable attorneys' fees incurred by it in prosecuting this

7   action; and

8      (8)    That the Court grant to Microsoft such other and additional relief as is

9   just and proper.

10   DATED:  January 17, 2017         **PERKINS COIE LLP**

11

12            By: */s/ Audra Mori*
                Audra Mori

13            Attorneys for Plaintiff

14            MICROSOFT CORPORATION

15

16

17

18

19

20

21

22

23

24

25

26

27

28