1
2
3                                                          JS-6
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**
9                    **CENTRAL DISTRICT OF CALIFORNIA**
10

11  MICROSOFT CORPORATION, a          Case No. 2:17-cv-00347-MWF
    Washington corporation
12                                    **ORDER RE DISMISSAL WITH**
                    Plaintiff,        **PREJUDICE**
13
          v.
14
    M. MEDIA, a business entity of
15  unknown form d/b/a METRO MEDIA,
    METRO MEDIA USA, and/or
16  QUINMART and/or f/k/a LA METRO
    MEDIA INC.; SHENG TI LEUNG, an
17  individual; WAYNE LEUNG, an
    individual; MIG JEUG WO, an
18  individual; and DOES 1-3,

19                    Defendants.

20

21

22        Pursuant to the stipulation of the parties and good cause appearing therefore,

23  Defendants Sheng Ti Leung, Wayne Leung, and Mig Jeug Wo are hereby dismissed

24  with prejudice from Plaintiff Microsoft Corporation's Complaint, with each party to

25  bear its own costs and attorneys' fees.  The above-captioned action, including all

26  claims asserted therein, is dismissed pursuant to Rule 41(a) of the Federal Rules of

27  Civil Procedure.

28

This Court shall retain jurisdiction with respect to the Permanent Injunction entered by this Court.

**IT IS SO ORDERED.**

DATED: May 9, 2018

_____
HON. MICHAEL W. FITZGERALD
United States District Judge